# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald Jacob Burrs Jr. a/k/a Donald Jacob Burrs<br>Joyce Melinda Burrs<br>Debtor(s) | BK NO. 20-01169 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                Respectfully submitted,

                /s/ Rebecca Solarz
                Rebecca Solarz
                30 Mar 2022, 17:12:03, EDT

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                215-627-1322